**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:

**HARTZ FOODS, INC.,** BKY No. 00-60040

Debtor.

**CIVIL FILE NO. 01-1068 MGD/RLE**

**HARTZ FOODS, INC.,**

Plaintiff,

vs. ADV No. 01-6037

**W.A. LANG CO.,**

Defendant.

---

**ORDER**

---

On the foregoing Stipulation, **IT IS HEREBY ORDERED** that the plaintiff's Complaint against the defendant, W.A. Lang Co., is dismissed with prejudice, and without costs to either party.

**By The Court:**

Dated: Sept 21, 2001.

Michael J. Davis
Judge of U.S. District Court

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

**HARTZ FOODS, INC.,** BKY No. 00-60040

Debtor.

**HARTZ FOODS, INC.,**

Plaintiff, CIVIL FILE NO. 01-1068 MGD/RLE

ADV No. 01-6037

vs.

**W.A. Lang Co.,**

Defendant.

---

## STIPULATION

---

It is hereby stipulated and agreed, by and between the above-named parties, through their respective undersigned counsel, that the Complaint may be dismissed with prejudice and without costs to either party.

Dated: ~~August~~ September 10, 2001.

Steven B. Nosek, No. 79960
Attorney for Plaintiff
701 Fourth Avenue South
Suite 300
Minneapolis, MN 55415
Telephone: 612-333-2878

**Oppenheimer Wolff & Donnelly, LLP**

By ______________________
Steven W. Meyer, No. __________
Attorneys for Defendant
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000